ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Nov-23 14:31:03
60CV-20-6723
C06D12 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY
\_\_\_\_ DIVISION

**VANCE MOORE**                                                                                            **PLAINTIFF**

**VS.**                                       **CASE NO. _____**

**CATERPILLAR, INC.**                                                                                **DEFENDANT**

## COMPLAINT

COMES NOW THE PLAINTIFF, **VANCE MOORE** by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**; and, who, for his Complaint, states:

### PARTIES AND JURISDICTION

1. Plaintiff is a citizen and resident of Arkansas, who works for Defendant, Caterpillar, in Pulaski County, Arkansas. The events leading to this lawsuit took place in Pulaski County, Arkansas.

2. This action is brought for violation of USERRA, the ADA, the ACRA, and state law against discrimination against persons on account of military status.

3. This action is brought for an amount exceeding that required for diversity jurisdiction.

4. Defendant, Caterpillar, Inc., is a foreign, for-profit corporation, operating in an industry substantially impacting interstate commerce. It employed more than 500 persons during more than 20 weeks of the calendar year in 2019 and 2020.

### FACTS

5. Plaintiff began working for Defendant in 2019 as a welder fabricator.

6. Plaintiff is a veteran of the United States military and has PTSD as a result of that service. He has an 80% disability rating.

7. Defendant is aware of both his military service and disability.

8. Between June of 2019 and April of 2020, Plaintiff applied for about six (6) jobs that would have moved him from second sift to first shift. He never received an interview.

9. Plaintiff was told that he was not qualified because he had not been there for six (6) months.

10. However, at least one of the persons hired for those positions, instead of him, was hired on the same day he was hired.

11. Plaintiff heard his manager speaking to another manager about him, in a negative way, and stating that Moore was "special forces with PTSD."

12. Plaintiff complained to HR; and, was directed to corporate, which would not return his calls.

13. Defendant has admitted that Plaintiff was qualified for the position(s) directly to him.

14. Plaintiff filed an EEOC charge less than 180 days after the events described.

15. Plaintiff now brings suit less than ninety (90) days after receiving a Right to Sue letter.

## COUNT I

16. Plaintiff restates the foregoing as if fully stated herein.

17. Based on the foregoing, Plaintiff has been denied positions based on military service in violation of State and Federal law.

18. As a result, Plaintiff has lost wages and benefits, and been denied work on first shift, and has endured mental, emotional, and physical suffering, as well as embarrassment.

## COUNT II

16. Plaintiff restates the foregoing as if fully stated herein.

17. Based on the foregoing, Plaintiff has been denied positions based on disability in violation of the ADA and ACRA.

18. As a result, Plaintiff has lost wages and benefits, and been denied work on first shift, and has endured mental, emotional, and physical suffering, as well as embarrassment.

## JURY DEMAND

19. Plaintiff requests a trial by jury.

## PRAYER

**WHEREFORE**, Plaintiff, **VANCE MOORE**, hereby requests the following relief: lost wages, an Order requiring the next three (3) open first shift positions of the kind he applied for be offered to him, compensatory damages, liquidated damages, punitive damages, reasonable attorneys' fees and costs, an apology, public posting of the lawsuit and any verdict, and a jury trial on all matters so triable.

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501/315-1910  Office
501/315-1916  Facsimile
Attorneys for the Plaintiff

By:   */s/ Lucien R. Gillham*
Lucien R. Gillham, Esq., ARBN 99199
lucien.gillham@gmail.com