# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**VANCE MOORE**                                                                             **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-01480 KGB**

**CATERPILLAR, INC.**                                                     **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss plaintiff's complaint with prejudice (Dkt. No. 16). The parties represent that they have "reached an agreement which resolves all issues between them that are before the Court" (*Id.*). They request "that this Court grant their joint motion to dismiss plaintiff's complaint with prejudice as to all claims with each party to bear its own fees, costs, and expenses" (*Id.*). For good cause shown, the Court grants the motion and dismisses plaintiff Vance Moore's complaint with prejudice (*Id.*).

It is so ordered this 10th day of June, 2022.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge